# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| SHEENA BUCKLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:20-cv-00077-CRW-SBJ |
| THE YANKEE CANDLE COMPANY, INC. | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant The Yankee Candle Company, Inc. and Plaintiff Sheena Buckley, by and through their attorneys in this regard, hereby stipulate, as evidenced by the signatures below, that the above-styled civil action should be dismissed in its entirety, with prejudice, and without an award of fees or costs of any type whatsoever to any of the parties.

Stipulated and Agreed:                                         Dated: May 13, 2021

Respectfully submitted,

*s/Steve A. Miller*
Matthew P. Pappas (Bar No. AT0006076)
Pappas Wright P.C.
1617 2nd Ave Ste 300
Rock Island, IL 61201-8625
(309) 788-7110 Phone
(309) 788-2773 Facsimile
mpappas@pappaswright.com

Steve A. Miller (*pro hac vice*)
Scott C. Fanning (*pro hac vice*)
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450

2

Chicago, Illinois 60606
(312) 346-8061 Phone
(312) 346-3179 Facsimile
smiller@fisherphillips.com
sfanning@fisherphillips.com

*Attorneys for Defendant*

*/s/ John F. Doak (with permission)*
John F. Doak
**KATZ NOWINSKI P.C.**
1000 — 36th Ave
Moline, IL 61265
(309)797-3000 Phone
(309)797-3330 Facsimile
jdoak@katzlawfirm.com

*Attorney for Plaintiff Sheena Buckley*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 13, 2021, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*Attorneys for Plaintiff*

John F. Doak
Katz Nowinski P.C.
1000 — 36th Ave.
Moline, IL 61265
Telephone: (309)797-3000
Facsimile: (309)797-3330
Email: jdoak@katzlawfirm.com

Dated: May 13, 2021                         Respectfully submitted,


By:    *s/Steve A. Miller*

Matthew P. Pappas (Bar No. AT0006076)
Pappas Wright P.C.
1617 2nd Ave Ste 300
Rock Island, IL 61201-8625
(309) 788-7110 Phone
(309) 788-2773 Facsimile
mpappas@pappaswright.com

Steve A. Miller (*pro hac vice*)
Scott C. Fanning (*pro hac vice*)
**FISHER & PHILLIPS LLP**
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
(312) 346-8061 Phone
(312) 346-3179 Facsimile
smiller@fisherphillips.com
sfanning@fisherphillips.com

*Attorneys for Defendant*

FP 40481438.1